Richard D. Monkman
Alaska Bar No. 8011101
rdm@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
302 Gold Street, Suite 201
Juneau, Alaska 99801
Telephone:    907.586.5880
Facsimile:    907.586.5883

Robert P. Lynch
Alaska Bar No. 1305020
rplynch@anthc.org
Senior Legal Counsel
Alaska Native Tribe Health Consortium
4000 Ambassador Drive,
Anchorage, Alaska 99503
Telephone:    907.729.8218
Facsimile:    907.729.2005

Counsel for Alaska Native Tribal Health
  Consortium

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOAN WILSON and<br>PAUL FRANKE, M.D.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALASKA NATIVE TRIBAL HEALTH<br>CONSORTIUM,<br><br>　　　　Defendant. | Case No. 3:16-cv-00195-TMB<br><br>**MOTION TO DISQUALIFY** |

Defendant Alaska Native Tribal Health Consortium respectfully requests that the Court disqualify plaintiffs and plaintiffs' counsel from the above captioned case and dismiss the case with prejudice, for the reasons contained in the attached memorandum of law.

DATED October 12, 2018 at Juneau, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: */s/ Richard D. Monkman*
Richard D. Monkman,
Alaska Bar No. 811101
rdm@sonosky.net
302 Gold Street, Suite 201
Juneau, Alaska 99801
Telephone: 907.586.5880
Facsimile: 907.586.5883

ALASKA NATIVE TRIBAL HEALTH CONSORTIUM

Robert P. Lynch,
Alaska Bar No. 1305020
rplynch@anthc.org
Senior Legal Counsel
Alaska Native Tribe Health Consortium
4000 Ambassador Drive,
Anchorage, Alaska 99503
Telephone: 907.729.8218
Fax: 907.729.2005

Counsel for Alaska Native Tribal Health Consortium

**Certificate of Service**

I certify that on October12, 2018, a copy of the foregoing document was served via ECF on:

Margaret Simonian, meg@dillonfindley.com
Molly C. Brown, molly@dillonfindley.com
Nicholas C. Perros, nicholas.c.perros@usdoj.gov
Richard L. Pomeroy, richard.pomeroy@usdoj.gov

By: */s/ Richard D. Monkman*
Richard D. Monkman