# INDEX TO EXHIBITS

Exhibit A     Chief Ethics and Compliance Officer Job Description, Dec. 10, 2013

Exhibit B     ANTHC Code of Conduct, Feb. 2009

Exhibit C     Compliance Awareness and Reporting, Board Policy No. 01-3007, Oct. 7, 2014

Exhibit D     Board of Directors Good Faith Reporting and Chain of Command Policy No. 1200, Sept. 1, 2015

Exhibit E     Letter from Roald Helgesen to Joan Wilson, April 13, 2016

Exhibit F     Appeal letter to ANTHC Board of Directors from Joan Wilson, May 20, 2016

Exhibit G     Emails to and from Danielle Ryman and Joan Wilson, May 25 & 26, 2016

Exhibit H     ANTHC Board of Directors Dispute Resolution Policy No. 01-2059, Dec. 30, 2016

Exhibit I     Email from Joan Wilson to Andrew Peterson, June 6, 2016

Exhibit J     Emails to and from Richard Monkman and Joan Wilson, May 27 & 31, 2016

Exhibit K     Supplemental Appeal (redacted), May 31, 2016