

ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
Office of Human Resources
4000 Ambassador Drive
Anchorage, Alaska 99508
Telephone: 907-729-1301
Facsimile: 907-729-3638

| CHIEF ETHICS AND COMPLIANCE OFFICER | |
|---|---|
| Approved Date: December 10, 2013 | ICPA Level: 2 |
| Job Code: 70215 | FLSA : Exempt |

**JOB SUMMARY:** Provides oversight and direction to Corporate Ethics and Compliance Staff to implement an effective ethics and compliance program.

*The following duties are intended to provide a representative summary of the major duties and responsibilities and **ARE NOT** intended to serve as a comprehensive list of all duties performed by all employees in this classification. Incumbent(s) may not be required to perform all duties listed and may be required to perform additional, position-specific duties.*

**REPRESENTATIVE DUTIES**
Under general direction of the Chief Executive Officer, establishes and maintains an effective ethics and compliance program to promote awareness of, and compliance with, ANTHC's values, applicable laws, regulations, policies, procedures, and standards.

Provides ongoing leadership, advice, consultation, and guidance on ethical and compliance issues.

Builds and maintains positive relationships with executive leadership and other strategic partners. Proactively engages with them and with other departments and staff to identify, investigate and evaluate concerns, assess risk, and assist in developing effective and compliant solutions that reflect and implement ANTHC values. Recommends corrective and other actions to promote ethical culture, decisions and behavior; ensure effective implementation of ethics and compliance functions throughout ANTHC; and to mitigate regulatory risk and properly address ethics and compliance concerns in a timely manner.

Works collaboratively with executive leadership, other departments and staff throughout the organization to provide training, education and promote awareness of and help resolve ethics, regulatory and other applicable standards. Proactively engages executive leadership and colleagues to assess and prioritize risks and to identify monitor and improve key processes and internal controls.

Develops and maintains work plan to address identified priorities, facilitate timely integration of new requirements and standards into policies, procedures and processes, and address ongoing compliance educational needs of workforce.

Works with executive leadership and colleagues to develop effective response to identified issues, including reporting oversight agencies as appropriate.

Provides regular reports and presentations to the Board of Directors and executive leadership to convey relevant and timely information about ethics and compliance activities, trends, the status of significant corrective action plans, etc.

Provides leadership and guidance to ethics and compliance staff. Develops goals and priorities, and assigns projects and tasks. Develops staff skills and training plans. Counsels, trains, and coaches subordinate staff. Implements corrective actions and conducts performance evaluations. Develops and

maintains the budget for compliance and integrity services.

Performs other duties as assigned.

**KNOWLEDGE and SKILLS**
- Knowledge of ethics and compliance program elements, principles, and practices, privacy, security, and internal audit functions.
- Knowledge of the state and/or national health care agenda, issues, impacts, and trends, as they relate to American Indians and Alaska Natives.
- Knowledge of standards applicable to tribal organizations and not-for profit corporations in ANTHC service lines, including health care, public health, environmental health, construction, information technology, administration, and finance operations.
- Knowledge of laws, regulations, policies and requirements applicable to complex tribal health systems, including Medicare/Medicaid, insurance reimbursement, fraud and abuse laws, accreditation, licensing, and certification standards.
- Knowledge of compliance investigation and auditing principles and standards.
- Knowledge of federal reimbursement and grant program conditions and standards.
- Knowledge of Alaska Tribal Health System.

- Skill in assessing compliance risk; interpreting and applying applicable laws, regulations, policies, procedures, and professional practice standards for corporate compliance and integrity programs.
- Skill in presenting to, advising and educating executive leadership and boards of directors.
- Skill in diplomacy and establishing positive collaborative relationships with governmental and non-governmental agencies and organizations, including tribes and tribal organizations.
- Skill in establishing and maintaining strategic partnerships and collaborative working relationships with individuals with wide array of cultural, political, educational, socio-economic, geographic and linguistic backgrounds.
- Skill in managing complex organizational units and multi-dimensional and cross-functional projects.
- Demonstrated skills and experience in assimilating, reconciling, and prioritizing diverse information, recommendations, policy considerations, and organizational objectives.
- Skill in written and oral communication.
- Skill in developing and designing evaluation tools and methods.
- Skill in assessing complex situations and prioritizing multiple projects and demands.
- Demonstrated skills in educating and training individuals with wide range of cultural, educational, and professional backgrounds.
- Demonstrated skills in analyzing and evaluating operational implications of regulations and standards and translating into clear policies and procedures.
- Skill in analyzing and evaluating accounting and internal control methods and procedures.

**MINIMUM EDUCATION QUALIFICATION**
A Bachelor's degree in ethics, public administration, regulatory affairs, health, public health, social services, business, or related field.

**MINIMUM EXPERIENCE QUALIFICATION**
<u>Non-supervisory</u> - Ten (10) years' demonstrated "experience in ethics and compliance work for complex entities in highly regulated environments, including at least five (5) years related to health care; proven track record of building relationships and strategic partnerships with variety of senior executives and leadership in a manner that establishes trust and credibility.
**AND**
<u>Supervisory</u> - Two (2) years' demonstrated "experience supervising staff and leading team in complex ethics and compliance projects.

**PREFERRED EDUCATION QUALIFICATION**
A Juris Doctorate from an accredited law school or Master's Degree in Ethics, Public Administration, Health, Public Health, or related field.

**PREFERRED EXPERIENCE QUALIFICATION**
Experience in health care, construction, federal contracts, grants, and/or community and environment health.

**ADDITIONAL REQUIREMENTS**
Must obtain Certified Healthcare Compliance (CHC) certification within one (1) year of hire.

**MINIMUM PHYSICAL REQUIREMENTS**
The following demands are representative of those that must be met by an employee to successfully perform the essential functions of this job. . This position requires persistent repetitive movements of the hands, wrists and fingers and the ability to sit for long periods of time. Must be able to lift approximately 20 pounds. ANMC is not a latex free environment. Therefore, some latex exposure can be expected.

This job description is not an employment agreement or contract. Management has the exclusive right to alter this job description at any time without notice.

Signature below acknowledges that I have received a copy of my job description and my supervisor has discussed it with me.

_____
Employee Printed Name

_____    _____
Employee Signature                                                Date

_____    _____
Supervisor Signature                                              Date