

ALASKA NATIVE
**TRIBAL HEALTH**
CONSORTIUM

April 13, 2016

Joan Wilson
14300 Cody Cir
Anchorage, Alaska 99516

Dear Joan,

We appreciate your dedication to our vision that Alaska Native people are the healthiest people in the world. Your efforts each day move us toward our goal. Thank you for this commitment to our people and our organization.

ANTHC's Human Resources Department finished processing the annual step increases for direct hire employees. The new rates are effective on March 20, 2016. The retro amount will be reflected on your upcoming paycheck dated April 22, 2016.

Below is your information as a result of the step increase:

>Your current position: <u>Chief Ethics and Compliance Officer</u>

>Your current annual rate: <u>$180,000.00</u>

>Your new annual rate as of March 20, 2016: <u>$185,400.00</u>

If you have any questions or concerns, please feel free to contact your manager or a Human Resources representative.

Sincerely,

*Roald Helgesen*

Roald Helgesen
Chief Executive Officer


Cc: Personnel File (employee ID #20768)

Alaska Native Tribal Health Consortium
4000 Ambassador Drive, Anchorage, Alaska 99508
Main: (907) 729-1900 | Fax: (907) 729-1901 | **anthc.org**