**Subject:** FW: Return of ANTHC Property

---------- Forwarded message ---------
From: **Ryman, Danielle M. (Perkins Coie)** <DRyman@perkinscoie.com>
Date: Thu, May 26, 2016 at 9:44 AM
Subject: Re: Return of ANTHC Property
To: joannockelswilson@gmail.com <joannockelswilson@gmail.com>
Cc: Craig, Marcie (Perkins Coie) <MCraig@perkinscoie.com>

Joan:

A courier will be at your home between 10:00 am and 10:45am. Let me know if that timeframe does not work.

Danielle

Sent from my iPhone. Please excuse brevity and typos.

On May 26, 2016, at 8:06 AM, "joannockelswilson@gmail.com" <joannockelswilson@gmail.com> wrote:

> Danielle,
>
> I am leaving my home at 11 today. I will provide you what is currently in my possession. Please have the courier arrive before that time.
>
> Thank you.
>
> Joan
>
> Sent from my iPhone
>
> On May 25, 2016, at 9:30 PM, Ryman, Danielle M. (Perkins Coie) <DRyman@perkinscoie.com> wrote:
>
>> Joan:
>>
>> Thank you for your quick reply. I will have a messenger at your residence on Cody Dr. between 11 am and noon tomorrow to pick up your badge, both computers, and any other ANTHC devices or ANTHC data in your possession. I want to reiterate the expectation that you will provide both computers. They are the property of ANTHC and there is no legal basis for you to withhold them. I will consider your email to be notice of ANTHC's obligation to preserve potential evidence and will proceed accordingly. This does not, however, entitle you to keep a computer or data that is not your property, regardless of your belief that it contains evidence. You are not law enforcement, and no federal or state agency has seized or subpoenaed the computers.

-Danielle

**Danielle Ryman**

**PARTNER**

1029 West Third Avenue Suite 300

Anchorage, AK 99501-1981

D. +1.907.263.6927

M. +1.907.223.2603

F. +1.907.263.6427

E. DRyman@perkinscoie.com

<image003.jpg>

---

**From:** joannockelswilson@gmail.com [mailto:joannockelswilson@gmail.com]
**Sent:** Wednesday, May 25, 2016 6:46 PM
**To:** Ryman, Danielle M. (Perkins Coie)
**Subject:** Re: Return of ANTHC Property

Thank you, Danielle. As I told Roald upon termination he could send a courier to my home to pick up the computer and key card and parking pass. My address is available to the consortium. Please have a courier contact me when they intend on coming by. Regarding one of those computers, please see my message I believe the appropriate recipient for it is the department of justice. As a HIPAA expert, I can tell you I am no threat to the 161,000 people the Alaska Native Tribal Health Consortium purports to serve, so please proceed lightly whenever accusing me of harming them. Last per Anthc policy, the consortium has no property right to any of my personal devices so please stop asking for those. Thank you.

Joan

Sent from my iPhone

On May 25, 2016, at 5:54 PM, Ryman, Danielle M. (Perkins Coie) <DRyman@perkinscoie.com> wrote:

Dear Ms. Wilson:

Please see the attached letter regarding return of ANTHC property.

Danielle Ryman

**Danielle Ryman**

**PARTNER**

1029 West Third Avenue Suite 300

Anchorage, AK 99501-1981

D. +1.907.263.6927

M. +1.907.223.2603

F. +1.907.263.6427

E. DRyman@perkinscoie.com

<Picture (Device Independent Bitmap) 1.jpg>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have

received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<2016_05_25_17_48_20.pdf>

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.