**Molly Brown**

---

| | |
|---|---|
| **From:** | Joan Wilson <joannockelswilson@gmail.com> |
| **Sent:** | Wednesday, December 12, 2018 12:19 PM |
| **To:** | Molly Brown |
| **Subject:** | Fwd: Our discussion |
| **Attachments:** | appeal.pdf |

---------- Forwarded message ---------
From: **Joan Wilson** <joannockelswilson@gmail.com>
Date: Mon, Jun 6, 2016 at 1:14 PM
Subject: Our discussion
To: <andrew.peterson@alaska.gov>

The attached describes some of the facts of my retaliatory discharge and explains my efforts to seek reinstatement so that external reporting would not be necessary and I could correct past practices through self reporting. I was not reinstated as of last Friday as requested. Hence my need to address the return of the computer as well.

Joan M. Wilson