**Molly Brown**
___

**From:** Joan Wilson <joannockelswilson@gmail.com>
**Sent:** Wednesday, December 12, 2018 11:43 AM
**To:** Molly Brown
**Subject:** Fwd: ANTHC issues
**Attachments:** Supplemental Material.pdf

Dick,

Here is the supplemental material that I request you bring to the Board tomorrow. Despite the difficult conversation today, I continue to hold you in high regard. You taught me a lot as an attorney. I would hate to see us in an adverse situation, but I believe you know my character. Believe me I am not fighting the old battle of a larger nature that we discussed, but I do ask you to consider my words and my integrity. The tribes don't get to choose my next course. Although I am a non beneficiary, I still have an interest in a healthy and compliant tribal health system. I did not dedicate half of my professional career to tribal health organizations for nothing.

In case this is our professional good-bye I look forward to another cup of coffee many years in the future. Next time, you buy. :-)

Joan

p.s. I told Tim about the meeting and am including him here, but for the time being you can consider me non represented. As the letter states, I will keep my day open tomorrow should the Board decide in all fairness that it really should meet with me.

On Fri, May 27, 2016 at 5:34 PM, Dick Monkman <dick@sonoskyjuneau.com> wrote:

Hi Joan,


ANTHC asked that I reach out and ask if you would be willing to meet with me and discuss the current situation and your concerns when I'm in Anchorage on Tuesday. Maybe we can meet and talk early afternoon, say about 130 or 2, someplace convenient?


From what I gather, on Wednesday the board is going to discuss how to proceed and probably won't be ready to meet with you quite yet. But, it might be helpful if we've talked and I can give them at least a general idea of your perspective and possibly make some progress in resolving these issues.


And, of course, if you're represented please pass this note on to your attorney.

Let me know, thanks!

All the best,

Dick

Richard D. Monkman

Sonosky Chambers Sachse Miller & Munson LLP

302 Gold Street, #201

Juneau, Alaska 99801

907.586.5880

This message may contain confidential information. If you received it in error please notify the sender and delete all copies on your system. Thanks!